1  RICHARD P. SYBERT (SBN: 080731)
   rsybert@gordonrees.com
2  HAZEL MAE B. PANGAN (SBN: 272657)
   hpangan@gordonrees.com
3  PATRICK J. MULKERN (SBN: 307272)
   pmulkern@gordonrees.com
4  GORDON & REES LLP
   101 W. Broadway Suite 2000
5  San Diego, CA 92101
   Telephone: (619) 696-6700
6  Facsimile: (619) 696-7124

7  Attorneys for Defendants Henny Den Uijl; Sandra Den Uijl; Obesity Research
8  Institute, LLC; Continuity Products, LLC; National Weight Loss Institute, LLC;
   Zodiac Foundation, LLC; and Innotrac Corp. (now known as Radial South, L.P.
9  f/k/a Innotrac L.P.)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BOZIC, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HENNY DEN UIJL an individual; SANDRA DEN UIJL, an individual; BRYAN CORLETT, an individual; OBESITY RESEARCH INSTITUTE, a California Limited Liability Company; CONTINUITY PRODUCTS, a Delaware Limited Liability Company; NATIONAL WEIGHT LOSS INSTITUTE, a California Limited Liability Company; ZODIAC FOUNDATION, a California Limited Liability Company; CONVERSION SYSTEMS, a California Limited Liability Company; INNOTRAC CORPORATION, a Georgia corporation,<br><br>Defendants. | CASE NO. 3:16-cv-00733-BAS-MDD<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY, OR IN THE ALTERNATIVE, TRANSFER ACTION**<br><br>Judge: Hon. Cynthia A. Bashant<br>Courtroom: 4B<br>Hearing Date: August 29, 2016<br><br>Complaint filed: March 29, 2016<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>*[Memorandum of Points and Authorities, Declaration of Patrick J. Mulkern, and Request for Judicial Notice filed concurrently herewith; Proposed Order lodged]* |

-1-
Defendants' Notice of Motion and Motion to Stay, or In the Alternative, Transfer
Action                                              Case No. 3:16-cv-00733-BAS-MDD

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that on August 29, 2016, or as soon thereafter as
3   the matter may be heard in the above-entitled Court, located at Courtroom 4B, 221
4   West Broadway, Suite 4145, San Diego, CA 92101, before the Honorable Cynthia
5   Bashant, Defendants Henny Den Uijl, Sandra Den Uijl, Obesity Research Institute,
6   LLC, Continuity Products, LLC, Weight Loss Institute, LLC, Zodiac Foundation,
7   LLC, and Innotract Corp. (now known as Radial South, L.P. f/k/a Innotract L.P.)
8   (collectively "Defendants") will and hereby respectfully move for an order staying
9   the instant action pending a final resolution in the related matter of *Duran v.*
10  *Obesity Research Institute, LLC, et al.*, Case No. 37-2013-48664 (S.D. Superior
11  Court), or in the alternative, for an order transferring the action to the U.S. District
12  Court for the Eastern District of California to be consolidated with the pending
13  matter of *Fernandez v. Obesity Research Institute, LLC, et al.*, Case No. 2:13-cv-
14  975 (E.D. Cal.).

15      This Motion is based upon this Notice of Motion and Motion, the
16  accompanying Memorandum of Points and Authorities, Declaration of Patrick J.
17  Mulkern, Request for Judicial Notice, and all exhibits attached thereto, all
18  pleadings and other records on file in the above-captioned action, and such
19  additional evidence and arguments as may be presented at any hearing on the
20  motion.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-2-
Defendants' Notice of Motion and Motion to Stay, or In the Alternative, Transfer Action
Case No. 3:16-cv-00733-BAS-MDD

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

This motion is made following the conference of counsel that took place on July 11, 2016 and July 12, 2016.

Dated: July 27, 2016

Respectfully submitted,

GORDON & REES LLP

By: /s/ Hazel Mae B. Pangan
    _____
    Richard P. Sybert
    Hazel Mae B. Pangan
    Patrick J. Mulkern
    Attorneys for Defendants
    Henny Den Uijl; Sandra Den Uijl;
    Obesity Research Institute;
    Continuity Products; National
    Weight Loss Institute; Zodiac
    Foundation; conversion Systems;
    Innotrac Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016 a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

/s/ Hazel Mae B. Pangan
Hazel Mae B. Pangan