1  RICHARD P. SYBERT (SBN: 080731)
   rsybert@gordonrees.com
2  HAZEL MAE B. PANGAN (SBN: 272657)
   hpangan@gordonrees.com
3  PATRICK J. MULKERN (SBN: 307272)
   pmulkern@gordonrees.com
4  GORDON & REES LLP
   101 W. Broadway Suite 2000
5  San Diego, CA 92101
   Telephone: (619) 696-6700
6  Facsimile: (619) 696-7124

7  Attorneys for Defendants Henny Den Uijl; Sandra Den Uijl; Obesity Research Institute, LLC; Continuity Products, LLC; National Weight Loss Institute, LLC; Zodiac Foundation, LLC; and Innotrac Corp. (now known as Radial South, L.P. f/k/a Innotrac L.P.)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BOZIC, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HENNY DEN UIJL an individual; SANDRA DEN UIJL, an individual; BRYAN CORLETT, an individual; OBESITY RESEARCH INSTITUTE, a California Limited Liability Company; CONTINUITY PRODUCTS, a Delaware Limited Liability Company; NATIONAL WEIGHT LOSS INSTITUTE, a California Limited Liability Company; ZODIAC FOUNDATION, a California Limited Liability Company; CONVERSION SYSTEMS, a California Limited Liability Company; INNOTRAC CORPORATION, a Georgia corporation,<br><br>　　　　　　　Defendants. | CASE NO. 3:16-cv-00733-BAS-MDD<br><br>**NOTICE OF RELATED CASES**<br><br>Judge: Hon. Cynthia A. Bashant<br>Courtroom: 4B<br><br>Complaint filed: March 29, 2016 |

-1-

Notice of Related Cases　　　　　　　　　　　　　　　　　　Case No. 16-cv-0733-BAS-MDD

Pursuant to Local Civil Rule 40.1.f, Defendants Henny Den Uijl; Sandra Den Uijl; Obesity Research Institute, LLC ("ORI"); Continuity Products, LLC ("Continuity"); National Weight Loss Institute, LLC; Zodiac Foundation, LLC; and Innotrac Corp. (now known as Radial South, L.P. f/k/a Innotrac L.P.) ("Innotrac") (collectively, "Defendants"), hereby notify this Court of the pendency of three related actions or proceedings.  The following cases are similar to the above-captioned action because: (1) they each raise allegations related to the advertisement of a dietary supplement called Lipozene; (2) they name, among others, Henny den Uijl, ORI, and Continuity, who are defendants in this action as defendants therein; and (3) two of them similarly seek relief on a class-wide basis. The related actions are as follows:

1. ***Duran, et al. v. Obesity Research Institute, LLC, et al.*, Case No. 37-2013-00048664-CU-BT-CTL (San Diego Super. Ct.)**.  This action was filed on May 13, 2013, and alleges violations of: (a) the California Consumer Legal Remedies Act; (b) the California Unfair Competition Law; (c) the California False Advertising Law; (d) breach of express warranty; and (e) breach of implied warranty, on a class-wide basis, against ORI.  All of these claims are predicated on the allegedly false advertised claims of Lipozene's efficacy.

2. ***Fernandez, et al. v. Obesity Research Institute, LLC, et al.*, Case No. 2:13-cv-00975-MCE-KJN (E.D. Cal.).**  This action was filed on May 16, 2013, and alleges violations of: (a) the Magnusson-Moss Warranty Act; (b) breach of express warranty; (c) breach of implied warranty; (d) unjust enrichment; (e) the California Consumer Legal Remedies Act; (f) the California Unfair Competition Law; and (g) the California False Advertising Law, on a class wide basis, against Henny den Uijl, Continuity, and ORI.  All of these claims are predicated on the allegedly false advertised claims of Lipozene's efficacy.

3. ***Obesity Research Institute, LLC v. Fiber Research International, LLC, et al.*, Case No. 3:15-cv-00595-BAS-MDD (S.D. Cal.).**  This declaratory

1  action was filed on March 16, 2015, with initial counterclaims being filed on April
2  13, 2015, which allege violations of (a) the Lanham Act for false advertising,
3  unfair competition, and false designation; (b) the California Unfair Competition
4  Law; and (c) the California False Advertising Law against ORI.  All of these
5  claims are predicated on the allegedly false advertised claims of Lipozene's
6  efficacy and the underlying scientific substantiation for those claims.

7  The case at bar similarly alleges claims of false advertising stemming from
8  the advertised claims of Lipozene's efficacy and seeks certification of a nationwide
9  class of purchasers for both injunctive and monetary relief.  Like the three above
10 related actions, the product-at-issue in this case, Lipozene, is the exact same weight
11 loss product-at-issue in *Duran*, *Fernandez*, and *Fiber Research*.  Accordingly, at a
12 minimum, all of these actions raise similar issues concerning the substantiation of
13 Lipozene's advertised efficacy, specifically making claims that the particular
14 product-at-issue did/does not perform as represented.  Therefore, all of the actions
15 raise similar and often overlapping legal and factual issues.  Some of these actions
16 –namely, *Duran* and *Fernandez*—also raise directly competing class claims, with
17 proposed class definitions encompassing members of the proposed class in the
18 instant case.  Defendants expect that much of the discovery sought in *Duran* and
19 *Fernandez* may overlap with the case at bar.

20                                            Respectfully submitted,
21 Dated:  July 27, 2016                      GORDON & REES LLP
22
23                                            By:  /s/ Hazel Mae B. Pangan
                                                   Richard P. Sybert
24                                                 Hazel Mae B. Pangan
                                                   Patrick J. Mulkern
25                                                 Attorneys for Defendants
                                                   Henny Den Uijl; Sandra Den Uijl;
26                                                 Obesity Research Institute;
                                                   Continuity Products; National
27                                                 Weight Loss Institute; Zodiac
                                                   Foundation; and Innotrac Corp.
28

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2016 a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

/s/ Hazel Mae B. Pangan
Hazel Mae B. Pangan

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

1117996/28915586v.1

-4-

Notice of Related Cases                                Case No. 16-cv-0733-BAS-MDD